IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| MYLAN PHARMACEUTICALS INC.<br><br>and<br><br>MATRIX LABORATORIES LTD.<br><br>Plaintiffs,<br><br>v.<br><br>UNITED STATES FOOD<br>AND DRUG ADMINISTRATION<br><br>Defendant. | Case No. 1:11-cv-00566 (RWR) |

**PLAINTIFFS' MOTION FOR A PRELIMINARY INJUNCTION**

Pursuant to Fed. R. Civ. P. 65(a), and LCvR 7(f) and 65.1, Plaintiffs Mylan Pharmaceuticals Inc. ("Mylan") and Matrix Laboratories Ltd. ("Matrix"), through their undersigned counsel, respectfully move this Court for a Preliminary Injunction. This Motion is based on the Memorandum of Law in Support of Plaintiffs' Motion for Preliminary Injunction ("Memorandum"), and the supporting Declarations and Exhibits attached thereto.

Pursuant to LCvR 7(m), counsel for Plaintiffs has conferred with counsel for Defendant about Plaintiffs' Motion for a Preliminary Injunction and the parties did not resolve the matters set forth in Plaintiffs' Motion.

A Proposed Order is attached.

Dated: March 24, 2011

Respectfully submitted,

MYLAN PHARMACEUTICALS INC. and
MATRIX LABORATORIES LTD.

By: _____/s/ Douglas B. Farquhar_____
Douglas B. Farquhar (D.C. Bar No. 386573)
Karla L. Palmer (D.C. Bar No. 444353)
Kurt R. Karst (D.C. Bar No. 482615)
Hyman, Phelps & McNamara, P.C.
700 13th Street, N.W., Suite 1200
Washington, D.C. 20005
Phone:  (202) 737-5600
Fax:    (202) 737-9329

*Attorneys for Plaintiffs*

## CERTIFICATE OF SERVICE

I hereby certify that on March 24, 2011, copies of the foregoing Motion for a Preliminary Injunction, Plaintiffs' Memorandum in Support of a Motion for a Preliminary Injunction and public declarations and exhibits thereto were filed electronically using the CM/ECF system, causing notice to be sent to the following party:

Gerald C. Kell
Senior Trial Counsel
Office of Consumer Litigation
U.S. Department of Justice
P.O. Box 386
Washington, D.C. 20044

*Counsel for Defendant United States Food and Drug Administration*

          /s/ Karla L. Palmer

Karla L. Palmer
Hyman, Phelps & McNamara, P.C.
700 13th Street, N.W., Suite 1200
Washington, D.C. 20005
Phone: (202) 737-5600
Fax: (202) 737-9329

*Attorneys for Plaintiffs*