IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| MYLAN PHARMACEUTICALS INC.,<br><br>and<br><br>MATRIX LABORATORIES LTD.,<br><br>        Plaintiffs,<br><br>v.<br><br>UNITED STATES FOOD<br>AND DRUG ADMINISTRATION,<br><br>        Defendant. | Case No. 1:11-CV-00566-RWR<br>(EXHIBITS D-G UNDER SEAL) |

### DECLARATION OF KARLA L. PALMER PURSUANT TO 28 U.S.C. § 1746 IN SUPPORT OF PLAINTIFFS' MOTION FOR A PRELIMINARY INJUNCTION AND REQUEST FOR AN EXPEDITED HEARING

1. I, Karla L. Palmer, hereby submit this Declaration in support of Plaintiffs' Motion for a Preliminary Injunction and Request for an Expedited Hearing in this matter. I am a Director of Hyman, Phelps & McNamara, P.C. I make the following statements based on personal knowledge or information provided to me and on review of the records referenced and attached as exhibits hereto.

2. Attached hereto as Exhibit A is a true and correct copy of the FDA Final Policy on "Fraud, Untrue Statements of Material Facts, Bribery, and Illegal Gratuities," 56 Fed. Reg. 46,191 (Sept. 10, 1991).

3. Attached hereto as Exhibit B is a true and correct copy of information located on FDA's website concerning the price of generic drugs over time. FDA, Generic Competition and Drug Prices (Mar. 1, 2010) *available at* http://www.fda.gov/aboutfda/centersoffices/cder/ucm129385.htm.

4. Attached hereto as Exhibit C is a true and correct copy of a Letter to Mr. Malvinder Mohan Singh, CEO and Managing Director, Ranbaxy Laboratories, Ltd., from Janet Woodcock, M.D., Director, Center for Drug Evaluation and Research, FDA (February 25, 2009).

5. Attached hereto as Exhibit D is a true and correct copy of a Letter to Ralph S. Tyler, Chief Counsel, FDA and Keith O. Webber, Ph.D., Acting Director, Office of Generic Drugs, Center for Drug Evaluation and Research, FDA from Kurt R. Karst, Hyman, Phelps & McNamara, P.C., on behalf of Mylan Pharmaceuticals Inc. (January 5, 2011) (UNDER SEAL).

6. Attached hereto as Exhibit E is a true and correct copy of a Letter to Ralph S. Tyler, Chief Counsel, FDA and Keith O. Webber, Ph.D., Acting Director, Office of Generic Drugs, Center for Drug Evaluation and Research, FDA from Kurt R. Karst, Hyman, Phelps & McNamara, P.C., on behalf of Mylan Pharmaceuticals Inc. (January 31, 2011) (UNDER SEAL).

7. Attached hereto as Exhibit F is a true and correct copy of a Letter to Ralph S. Tyler, Chief Counsel, FDA and Keith O. Webber, Ph.D., Acting Director, Office of Generic Drugs, Center for Drug Evaluation and Research, FDA from Kurt R. Karst,

Hyman, Phelps & McNamara, P.C., on behalf of Mylan Pharmaceuticals Inc. (February 22, 2011) (UNDER SEAL).

8. Attached hereto as Exhibit G is a true and correct copy of a Letter to Keith O. Webber, Ph.D., Acting Director, Office of Generic Drugs, Center for Drug Evaluation and Research, FDA from William B. Schultz, Zuckerman Spaeder LLP (February 14, 2011) (UNDER SEAL).

9. Attached hereto as Exhibit H is a true and correct copy a FDA Guidance for Industry - Q1A(R2) Stability Testing of New Drug Substances and Products (Nov. 2003), *available at* http://www.fda.gov/downloads/Drugs/GuidanceComplianceRegulatoryInformation/Guidances/UCM073369.pdf.

10. I have reviewed data provided to me that were published by IMS Health, Inc. This data state that annual United States sales for LIPITOR® in 2010 were $7.24 billion.

I declare under penalty of perjury that the foregoing is true and correct.

3/24/2011
Date

Karla L. Palmer
Hyman, Phelps & McNamara, P.C.